.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**TAYRELL A. SMITH,**  JUDGMENT IN A CIVIL CASE

        vs.  Case No. C-2-03-725

**YUSA CORPORATION,**  **Judge Smith**
**Magistrate Judge Kemp**


[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.


**IT IS ORDERED AND ADJUDGED** : Pursuant to an Order dated June 14, 2005, the Court GRANTS defendant's Motion for Summary Judgment. All of plaintiff's claims DISMISSED with prejudice.

Date:  June 14, 2005  **James Bonini, Clerk**


        S/Lisa Wright
        Lisa Wright, Deputy Clerk